632 A.2d 873

FRATERNAL ORDER OF POLICE LODGE NO. 5

v.

CITY OF PHILADELPHIA, Willie L. Williams, Orville Jones, George Craig, Eugene Dooley, John McLees, Richard Neal, Raymond Rooney, Thomas Seamon, Thomas Doyle, Dexter Green, Albert Harris, Sylvester Johnson, Alan Lewis, Francis Pryor, Carl Bittenbender.

Appeal of CITY OF PHILADELPHIA, Willie Williams and Orville Jones.

Supreme Court of Pennsylvania.

Argued and Decided Oct. 18, 1993.

Judith Harris, Lek Domni, Richard Feder, Philadelphia, for City of Philadelphia.

Richard A. Sprague, Philadelphia, for F.O.P.

John W. Morris, Carl Oxholm, III, Philadelphia, for Craig, et al.

Michael Churchill, Philadelphia, for A.C./Comm. 70.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## *ORDER*

PER CURIAM:

Appeal quashed.

NIX, C.J., and CAPPY, J., dissent and would reach the merits of the case.